IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION

**JHAKOBY JENNINGS**                                                                                       **PLAINTIFF**

**VS.**                                              **4:16-cv-00178-BRW**

**JACKSONVILLE POLICE DEPARTMENT**                                                 **DEFENDANT**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1]

Plaintiff's complaint, in its entirety, reads:

> The Judge paid TP to shoot me in my arm and they have been arresting me on terroristic threatening charges and they are putting charges on me I did not commit.

Because Plaintiff's complaint is nonsensical and fails to state a cause of action against Defendant for which relief may be granted, this case is DISMISSED. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED as MOOT.

IT IS SO ORDERED this 5th day of April, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

1